# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

July 14, 2023

Before

DAVID F. HAMILTON, *Circuit Judge*
THOMAS L. KIRSCH II, *Circuit Judge*
DORIS L. PRYOR, *Circuit Judge*

| No. 22-2420 | EPIC SYSTEMS CORPORATION, Plaintiff - Appellee<br><br>v.<br><br>TATA CONSULTANCY SERVICES LIMITED, and TATA AMERICA INTERNATIONAL CORPORATION, doing business as TCA America, Defendants - Appellants |
|---|---|
| **Originating Case Information:** | |
| District Court No: 3:14-cv-00748-wmc<br>Western District of Wisconsin<br>District Judge William M. Conley | |

The judgment of the District Court is AFFIRMED, with costs, in accordance with the decision of this court entered on this date.

Clerk of Court

form name: **c7_FinalJudgment**　　(form ID: **132**)